UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Avtar S. Badwal,

                             Plaintiff,

- against -

Ramandeep Badwal and Jeffrey S. Brown in his official and personal capacity,

                             Defendants.

**CERTIFICATE OF SERVICE**

17-cv-04310-LDH-CLP

      JONATHAN CONLEY, in accordance with 28 U.S.C. § 1746, certifies the following under penalty of perjury:

      I am an Assistant Attorney General in the Office of ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, and attorney for the Honorable Jeffrey S. Brown, Justice of the Supreme Court of the State of New York, Nassau County, in the above-referenced action. I am over eighteen years of age and not a party to this action.

      On September 5, 2017, I served a true and correct copy of my notice of appearance upon all parties in the action by filing it electronically as well as on the below-listed *pro se* plaintiff by first-class mail at the following address designated by him within the State of New York for that purpose:

      Avtar S. Badwal
      110-30 62nd Drive
      Forest Hills, New York 11375

      I certify under penalty of perjury under the laws of the United States of America that this certification is true and correct.

Dated: New York, New York
September 5, 2017

/s/ Jonathan D. Conley
JONATHAN D. CONLEY
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8108 (t)
(212) 416-6009 (f)
Jonathan.Conley@ag.ny.gov